# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-2167

_____

United States of America

Plaintiff - Appellee

v.

Travis Gordon Jones

Defendant - Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:19-cr-01037-CJW-1)

---

**JUDGMENT**

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the District Court's Order denying the motion for sentence reduction is summarily affirmed. See Eighth Circuit Rule 47A(a).

June 17, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler